# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No. 12-60930-Civ-Cohn-Seltzer

**EDWIN HERNANDEZ,**

 Plaintiff,

vs.

**MOTOROLA SOLUTIONS, INC., f/k/a MOTOROLA, INC., and MOTOROLA MOBILITY, INC.,**

 Defendants.

_____/

## MEDIATION REPORT

 In accordance with S.D. Fla. L. R. 16.2(f), the undersigned mediator reports that on March 27, 2013, a mediation conference was held, all required parties were present, and the parties did **not** reach an agreement to settle the case.

 **I hereby certify** that a true and correct copy of the foregoing was served by a CM/ECF generated notice of electronic filing on March 27, 2013, on all counsel or parties of record on the Service List below.

Dated: March 27, 2013
   Miami, Florida

Respectfully submitted,

 s/   Brian F. Spector
Brian F. Spector
E-mail brian@bspector.com
Mediator # 19519RA ◆ Florida Bar # 261254
Brian F. Spector, LLC
Post Office Box 566206
Miami, Florida 33256-6206
Telephone 305.666.1664
Facsimile 305.661.8481

## SERVICE LIST
*Hernandez v. Motorola Solutions, Inc., et al.*
Case No. 12-60930-Civ-Cohn/Seltzer
U.S. District Court, S.D. Florida

Cory M. Meltzer, Esq.
cory@meltzermathis.com
Meltzer & Mathis
4000 N. Federal Highway, Suite 202
Boca Raton, Florida 33431
Telepehone 561.300.3347
Facsimile 561.300.3448
  -  and  -
Jennifer Meksraitis, Esq.
meksraitis@yahoo.com
Meltzer & Mathis
2942 West Columbus Drive, Suite 108
Tampa, Florida 33607
Telephone 813.600.3197
Facsimile 813.600.3079
  -  and  -
Edward W. Goldstein, Esq.
egoldstein@gliplaw.com
Goldstien Law
710 N. Post Oak Road, Suite 350
Houston, Texas 77024
Telephone 713.877.1515
Facsimile 713.877.1737
  -  and  -
Gary Fischman, Esq.
gfischman@fandlattorneys.com
Steve Lundwall, Esq.
slundwall@fandlattorneys.com
Fischman & Lundwall PLLC
710 N. Post Oak Road, Suite 101
Houston, Texas 77024
Telephone 832.209.4206
**Attorneys for**
**Plaintiff Edwin Hernandez**

Abigail D. Flynn-Kozara, Esq.
aflynn-kozara@seyfarth.com
Seyfarth Shaw, LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone 312.460.5000
Facsimile 312.460.7838
  -  and  -
Jay Thornton, Esq.
jay.thornton@gray-robinson.com
GrayRobinson, P.A.
401 East Las Olas Boulevard, Suite 1850
P.O. Box 2328 (33303-9998)
Fort Lauderdale, Florida 33301
Telephone 954.761.8111
Facsimile 954.761.8112
**Attorneys for Defendant**
**Motorola Mobility LLC**

**Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206**
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com